IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KANIU HUIHUI,<br><br>      Petitioner,<br><br>vs.<br><br>WARDEN SHIKHA DOSANJ, FEDERAL DETENTION CENTER HONOLULU,<br><br>      Respondent. | Case No. 24-cv-00069-DKW-RT<br><br>**ORDER DISMISSING PETITION UNDER 28 U.S.C. § 2241 FOR WRIT OF HABEAS CORPUS** |

On February 14, 2024, Kaniu Huihui, proceeding *pro se*, petitioned pursuant to 28 U.S.C. § 2241 for the Bureau of Prisons ("BOP") to update her earned First Step Act ("FSA") time credits to 120 days, thereby advancing her home detention eligibility date and projected release date to February 16, 2024 and August 9, 2024, respectively. Dkt. No. 1. In response, the Government asserts, with supporting evidence, that on March 8, 2024, the BOP ran its FSA auto-calculation software, thus updating Huihui's FSA time credits and recalculating her home detention eligibility and release dates. Dkt. No. 5. As such, the Government contends that this case is now moot. *Id.* at 4–5.

Based on the record, the Court agrees. Specifically, the Ninth Circuit has explained that a petition for habeas corpus is moot where the petitioner's claimed injury cannot be redressed by a favorable decision of the court. *See Burnett v.*

*Lampert*, 432 F.3d 996, 1000–01 (9th Cir. 2005).  Here, Huihui's claimed injury stems principally from the BOP's alleged failure to timely update her earned FSA credits.  The evidence, however, now reflects that any such deficiency has been more than remedied.  *See generally* Dkt. Nos. 5-1, 5-2 & 5-3.  Indeed, not only did Huihui receive all the credits she originally requested, but she was credited an *additional fifteen days*, thereby bringing her FSA earned time credit total to 135 days and further advancing her home detention eligibility date and projected release date to February 1, 2024[1] and July 25, 2024, respectively.  Dkt. No. 5 at 3; Dkt. No. 5-2 at 2; Dkt. No. 5-3 at 2.  Accordingly, as Huihui has received her requested relief, and more, the Court finds that any alleged injury has been redressed.[2]  This case is therefore DISMISSED AS MOOT.  *See Rahman v. Graber*, 615 F. App'x 876, 876 (9th Cir. 2015) (finding an appeal moot where the

//

//

//

//

//

---

[1] Huihui's referral for Federal Location Monitoring has already been sent for review, and FDC Honolulu has requested her earliest possible placement.  *See* Dkt. No. 5 at 5; Dkt. No. 5-1 at 3–4.
[2] Although Huihui was provided with an opportunity to respond to the Government's assertions, *see* Dkt. No. 4, she did not submit any such reply by the April 4, 2024 deadline or since.

BOP granted the petitioner the sought-after time credits during the pendency of the appeal).

The Clerk is instructed to CLOSE this case.

IT IS SO ORDERED.

DATED: April 10, 2024 at Honolulu, Hawaiʻi.

Derrick K. Watson
Chief United States District Judge

---

*Kaniu Huihui vs. Warden Shikha Dosanj Federal Detention Center Honolulu*; Civil No. 24-00069 DKW-RT; **ORDER DISMISSING PETITION UNDER 28 U.S.C. § 2241 FOR WRIT OF HABEAS CORPUS**